1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DESRAY PUTNAM,                          ) Case No. ED CV 11-0784 JCG
                                        )
          Plaintiff,                    )
                                        )
     v.                                 ) **JUDGMENT**
                                        )
MICHAEL J. ASTRUE,                      )
COMMISSIONER OF SOCIAL                  )
SECURITY ADMINISTRATION,                )
                                        )
          Defendant.                    )
                                        )
_____ )

     IT IS ADJUDGED that the decision of the Commissioner of the Social

Security Administration is **AFFIRMED**.

DATED: February 7, 2012

                                   _____
                                        Hon. Jay C. Gandhi
                                   United States Magistrate Judge